**DISMISS and Opinion Filed June 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00222-CV

### CHRISTOPHER JONES, Appellant
### V.
### CITY OF PLANO, TEXAS, Appellee

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-00540-2014**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the Court that he no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

150222F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CHRISTOPHER JONES, Appellant

No. 05-15-00222-CV     V.

CITY OF PLANO, TEXAS, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas.
Trial Court Cause No. 004-00540-2014.
Opinion delivered by Justice Francis.
Justices Lang-Miers and Whitehill, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CITY OF PLANO, TEXAS recover its costs of this appeal from appellant CHRISTOPHER JONES.

Judgment entered June 30, 2015.